Argued September 20, reversed October 16, reconsideration denied December 5, petition for review denied December 19, 1978, 284 Or 521

YOUNG, *Respondent,*

*v.*

GORDON H. BALL, INC., *Petitioner.*

(No. 76-6818, CA 10244)

585 P2d 52

Elizabeth K. Reeve, Portland, argued the cause for petitioner. On the brief were Ridgway K. Foley, Jr., Roger A. Luedtke, and Souther, Spaulding, Kinsey, Williamson & Schwabe, Portland.

Gerald C. Doblie, Portland, argued the cause for respondent. With him on the brief was Doblie, Bischoff & Murray, Portland.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

**PER CURIAM.**

We reinstate the award of the referee of 90 percent unscheduled low back disability for the reasons stated in the referee's opinion.

Reversed.